HUGH J. McHUGH v. ELIAS H. GAULT ET AL.

*Constitutional law—Mechanic's lien—Bond for release.*

Act No. 216, Laws of 1885, amendatory of the mechanics' lien law, as a whole, is not repugnant to the Constitution, and section three of the act, providing for the vacating of such lien upon executing the bond therein described, is valid.

Error to Kalamazoo. (Buck, J.) Argued May 7, 1891. Decided May 15, 1891.

Debt. Plaintiff brings error. Reversed. The facts necessary to a decision of the case are stated in the opinion.

*Oscar T. Tuthill,* for appellant.

*Hampden Kelsey,* for defendants.

CHAMPLIN, C. J. The record in this case raises only a single question, and that is whether the circuit judge erred in rejecting the bond offered in evidence upon the ground that Act No. 216, Laws of 1885, is unconstitutional and void.

The court erred in so holding. We are not called upon to pass our opinion upon every section and clause of the act of 1885, but only to state that the act, as a whole, is not repugnant to the Constitution, and that the section under which the bond in this case was executed is valid.

The judgment must be reversed, and a new trial ordered.

The other Justices concurred.